# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0686

VERSUS

STEVON O. ARCHIE

**SEPTEMBER 10, 2024**

---

In Re: Stevon O. Archie, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-04-0233.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "motion requesting an evidentiary hearing for purposes of correcting an indeterminate sentence pursuant to Louisiana Code of Criminal Procedure articles 879 and 930," filed on or about May 29, 2024, on or before October 11, 2024. A copy of the district court's action shall be filed in this court on or before October 18, 2024.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT